CLOTILDE ZAYAS RIVERA, por sí y como padre con patria potestad sobre sus hijos legítimos, los menores ORLANDO, RAFAEL y MIGUEL ZAYAS GONZÁLEZ, demandante y apelante, *v.* IGNACIO LÓPEZ COLÓN, demandado y apelado.

No. 6966.—*Sometido:* Junio 10, 1935. *Resuelto:* Junio 26, 1935.

*Guerra-Mondragón & Soldevila,* abogados del apelante; *Wilson P. Colberg,* abogado del apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Se trata de una moción solicitando se aclare nuestra resolución desestimando el recurso. Sucedió que al tener al demandante por desistido de su acción de daños y perjuicios, la corte agregó las palabras "a su perjuicio." Antes de eso el demandante había obtenido la suspensión de la vista a condición de pagar las costas dentro de un período fijo y de que si no lo hacía así se le tendría por desistido del recurso, con costas. No convino en el pronunciamiento de que sería a su perjuicio. En nuestra resolución dijimos que aun si éste fuera uno de esos casos en que la orden de la corte pudiera perjudicar al demandante, éste no había demostrado que su situación había sido empeorada. Nos damos ahora cuenta de que esto quizá haría que la situación pareciera ambigua al demandante en caso de que deseara iniciar el litigio de nuevo. Sin embargo, somos personalmente del criterio que en ningún caso puede el desistimiento de un recurso como el presente hacerse en perjuicio del demandante. Tenemos la idea de que la corte no tiene facultad para prejuzgar una acción de daños y perjuicios que ha de radicarse más tarde; y que en esta clase de acciones no puede crear una situación de *res adjudicata* contra el demandante. Además, la probabilidad es que la corte tan sólo estaba haciendo definitivo el pronunciamiento de costas.

No podemos convenir con el apelante en que debemos ahora entrar en los méritos de una supuesta prescripción de un caso futuro. Tal alegación, de existir, debe suscitarse únicamente en un nuevo recurso a opción de la parte deman-

dada, y quizá nunca sea planteada. *El Pueblo* v. *Brau,* 27 D.P.R. 779, 785.

El Juez Asociado Sr. Aldrey no intervino.